| AO 10 Rev. 1/2007 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2006 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) DOWD, JR., DAVID D | 2. Court or Organization U.S. DISTRICT COURT, NDOH | 3. Date of Report 04/06/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. DISTRICT JUDGE - SENIOR | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2006 to 12/31/2006 |
| 7. Chambers or Office Address UNITED STATES COURTHOUSE 2 SOUTH MAIN STREET AKRON, OHIO 44308 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Member, Board of Trustees | National Football Museum, Inc., Canton, Ohio Non-Profit Corporation |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2007 APR 17 A 11: 4 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| DOWD, JR., DAVID D | 04/06/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | Annuity - Public Retirement System of Ohio Annuity | $ 29,910.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | State Teacher's Retirement System (payable monthly) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☒ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOWD, JR., DAVID D | 04/06/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. At the beginning of 2006 I owed stock (IRA) in the following | | | | | | | | | |
| 2. Hannifan, Timken Company | | | | | | | | | |
| 3. During the year 2006 I reinvested dividends in the | | | | | | | | | |
| 4. Eli Lilly stock only. | | | | | | | | | |
| 5. EXXON CORPORATION | A | Dividend | K | T | | | | | |
| 6. TIMKEN CO. | A | Dividend | J | T | Partial Sell | 4/26 | J | B | |
| 7. ELI LILLY CO. | A | Dividend | J | T | Sell | 12/22 | J | A | |
| 8. PARKER HANNIFAN | A | Dividend | J | T | Sell | 12/22 | J | C | |
| 9. FIRST MERIT | B | Dividend | K | T | | | | | |
| 10. Previously owned Notes: | | | | | | | | | |
| 11. ATT 6% Corporate Note | A | Interest | J | T | | | | | |
| 12. ATT 6% Corporate Note | A | Interest | J | T | | | | | |
| 13. NM Corporate Note 5.9% | A | Interest | J | T | | | | | |
| 14. Exelon | A | Dividend | J | T | | | | | |
| 15. Southern Corp. | A | Dividend | J | T | | | | | |
| 16. Telecom C N W Zlnd | A | Dividend | J | T | | | | | |
| 17. Southern Corp. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOWD, JR., DAVID D | 04/06/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Note - CD GMAC | A | Interest | K | T | | | | | |
| 19. Ford Motor Credit Note | A | Interest | J | T | Sell | 12/28 | | | |
| 20. Caterpillar Fin. Note | A | Interest | J | T | | | | | |
| 21. Nextel Communications Co. Note | A | Interest | J | T | Buy | 12/28 | J | | |
| 22. The following securities are held in my name: | | | | | | | | | |
| 23. SBC COMMUNICATIONS | A | Dividend | J | T | | | | | |
| 24. FIRST ENERGY CORP - FNA OHIO EDISON | A | Dividend | J | T | | | | | |
| 25. TIMKEN | A | Dividend | J | T | | | | | |
| 26. AGL RESOURCES | A | Dividend | J | T | | | | | |
| 27. FIRST MERIT | B | Dividend | K | T | | | | | |
| 28. AMERICAN ELEC. POWER | A | Dividend | J | T | | | | | |
| 29. MICROSOFT CORP. | A | Dividend | J | T | | | | | |
| 30. NATIONAL CITY CORP. | A | Dividend | J | T | | | | | |
| 31. AMEREN CORP.. | A | Dividend | J | T | | | | | |
| 32. PROGRESS ENERGY CORP. | A | Dividend | J | T | | | | | |
| 33. Ohio State Dev. Auth. Bond 5.84% due 12/1/15. | A | Interest | J | T | | | | | |
| 34. Southern Corporation | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOWD, JR., DAVID D | 04/06/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. General Electric | A | Dividend | J | T | | | | | |
| 36. Miami Univ. of Ohio Bonds | A | Interest | J | T | | | | | |
| 37. Princeton Ohio City School Bonds | A | Interest | J | T | | | | | |
| 38. ▮▮▮▮ IRA incl. the following securities as of 1/1/06 | | | | | | | | | |
| 39. Progress Energy, Exxon Corp., | | | | | | | | | |
| 40. First Merit Bank, Timken Co. | | | | | | | | | |
| 41. General Electric and Bank of America | | | | | | | | | |
| 42. PROGRESS ENERGY | A | Dividend | K | T | | | | | |
| 43. EXXON-MOBIL | A | Dividend | K | T | Partial Sell | 12/22 | J | D | |
| 44. FIRST MERIT | A | Dividend | K | T | Partial Sell | 12/22 | J | A | |
| 45. TIMKEN CO. | A | Dividend | J | T | | | | | |
| 46. GENERAL ELECTRIC | A | Dividend | J | T | | | | | |
| 47. BANKAMERICA Corp. note due 8/1/07. | A | Interest | J | T | | | | | |
| 48. Properties in the name ▮▮▮▮ | | | | | | | | | |
| 49. ▮▮▮▮ condo - Naples, FL - it was not rented | | None | M | T | | | | | |
| 50. SHADY HOLLOW COUNTRY CLUB | | None | J | T | | | | | |
| 51. WILDERNESS COUNTRY CLUB | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| DOWD, JR., DAVID D | 04/06/2007 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. ▮▮▮▮▮ Massillon, OH-it is not rented | | None | L | T | | | | | |
| 53. Securities ▮▮▮▮▮ | | | | | | | | | |
| 54. AMERICAN ELECTRIC POWER | A | Dividend | J | T | | | | | |
| 55. First Merit Corp. | A | Dividend | J | T | | | | | |
| 56. OH ST Water Development Authority Revenue | A | Interest | K | T | | | | | |
| 57. Bonds paying 4.625% due 12/1/27 | | | | | | | | | |
| 58. Akron OH Income Tax Revenue Bond paying 4.5% | A | Interest | J | T | | | | | |
| 59. due 12/1/28 | | | | | | | | | |
| 60. Toledo OH City School District Bonds paying | A | Interest | K | T | | | | | |
| 61. 4.625% due 12/1/32 | | | | | | | | | |
| 62. AGL Resources | A | Dividend | J | T | | | | | |
| 63. Duke Energy | A | Dividend | J | T | Buy | 12/22 | J | | |
| 64. Hamilton County Convention Center bonds | A | Interest | K | T | | | | | |
| 65. | | | | | | | | | |
| 66. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOWD, JR., DAVID D | 04/06/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| DOWD, JR., DAVID D | 04/06/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____  Date_ *April 10, 2007*

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544